E. L. Barnett, Inc., v. Commonwealth Hotel Construction Corporation. (Jacob Klein, as Receiver, Appellant.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. Thomas F. Kelly.— Motion to dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed on or before April 8, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. John Haughey.— Motion to dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed on or before the 1st day of March, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. Mary Sludikoff.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. Isaac Rabinowitz.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. Harry Kleinberg.— Motion to dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed on or before March 7, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. James La Corbiniere.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Laganas Shoe Manufacturing Company v. Thalheims' Wearwell Shoe Co., Inc.— Motion dismissed. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Frances B. Cox v. Charles M. Cox.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Abe J. Silver v. Charles Miller.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before March 8, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Harry Perlitch v. Gordon F. Roberts.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Gustave Glickstein v. Commercial Union Assurance Company, Ltd., of London, England.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Samuel Eisman v. Samuel Kaufman, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Barins Realty Co., Inc., v. George Hanley and Five Other Cases.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.